THE PEOPLE *v.* MADURO.

APPEAL from the District Court of Ponce.

No. 4.—Decided April 3, 1905.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—
There being no bill of exceptions or statement of facts and it not appearing
from the record that any error whatever has been committeed which would
justify a reversal of the judgment, the same must be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, Fiscal,* for The People.

The appellant did not appear.

MR. JUSTICE MACLEARY delivered the following opinion of
the court.

In this case there is neither a bill of exceptions nor a state-
ment of facts. The accused, Juan Maduro was indicted on
the first of September, 1904, for seduction under section 261
of the Penal Code. He pleaded not guilty and was tried on
the 24th of October following. He was adjudged guilty and
sentenced on the 29th day of October to pay a fine of $70.
An appeal was taken but no appearance made for the defend-
ant in this court. There is nothing in the record to indicate
that he has been deprived of any right to which an accused
person is entitled under the law. The punishment is remark-
ably light when the maximum of $5,000 fine and five years im-
prisonment in the penitentiary is considered. There being
no cause for reversal shown by the record the judgment of the
trial court must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández and Fi-
gueras concurred.

Mr. Justice Wolf did not sit at the hearing of this case.